IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TEVIN AKEEN NETTLES,
    Petitioner,

vs.                                                        Case No.: 3:17cv337/LAC/EMT

JULIE JONES,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 31, 2017 (ECF No. 14). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Petitioner's "Motion for Bail by Release on Own Recognizance Pending Decision" (ECF No. 6) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 28th day of June, 2017.

                             s/*L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**