IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TEVIN AKEEM NETTLES,
    Petitioner,

vs.                                Case No.: 3:17cv337/LAC/EMT

JULIE JONES,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 20, 2018 (ECF No. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Respondent's motion to dismiss (ECF No. 26) is **GRANTED**.

3.     The habeas petition (ECF No. 1) is **DISMISSED as untimely**.

4.   A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 21st day of August, 2018.


        s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**